STATE OF MINNESOTA
IN SUPREME COURT



FILED

January 27, 2016

OFFICE OF
APPELLATE COURTS

In re Petition for Disciplinary Action against
Timothy J. Oliver, a Minnesota Attorney,
Registration No. 0121393.

# AMENDED ORDER

The Director of the Office of Lawyers Professional Responsibility filed a petition for disciplinary action alleging that respondent Timothy J. Oliver committed professional misconduct warranting public discipline. We referred the matter to a referee for findings of fact and recommendations for disposition. After a hearing, the referee found that respondent committed felony wire fraud and violated Minn. R. Prof. Conduct 8.4(b) and 8.4(c). The referee recommended that respondent be disbarred.

The Director has filed a petition for interim suspension pursuant to Rule 16(e), Rules on Lawyers Professional Responsibility (RLPR). Respondent has not responded to the petition for interim suspension.

Rule 16(e), RLPR, provides that, upon a referee's recommendation of disbarment, "the lawyer's authority to practice law shall be suspended pending final determination of the disciplinary proceeding, unless the referee directs otherwise or the Court orders otherwise."

Based upon all the files, records, and proceedings herein,

1

IT IS HEREBY ORDERED that respondent Timothy J. Oliver is temporarily suspended from the practice of law, effective as of the date of this order, pending final resolution of this matter. Respondent shall comply with Rule 26, RLPR (requiring notice of suspension to clients, opposing counsel, and tribunals).

Dated: January 27, 2016          BY THE COURT:

David R. Stras
Associate Justice


LILLEHAUG, J., took no part in the consideration or decision of this case.